**Judgment in a Civil Case**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LePIZE MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 3:09-cv-00129-PMF |
| ) | |
| C. ZYCK, et. al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This matter came before the Court on Plaintiff's Motion for Voluntary Dismissal (Doc. 46), and the Court having granted said motion,

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice. The parties shall bear their own costs.

**DATED:** April 14, 2011.

NANCY J. ROSENSTENGEL, CLERK

By: s/Karen R. Metheney
Deputy Clerk

**APPROVED:**

s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE